IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-3031-AP**

**CHARLES D. COBB,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

## ORDER OF DISMISSAL

Kane, J.

This matter is before the Court on Defendant's Motion to Dismiss (doc. #8), filed January 31, 2014. Defendant moves for dismissal for lack of jurisdiction because Plaintiff's complaint was not timely filed. No response was filed. The motion is **GRANTED**. This case is **DISMISSED** for lack of jurisdiction. The parties are to bear their own costs and fees.

Dated:  March 12, 2014

                            BY THE COURT:

                            *S/John L. Kane*
                            JOHN L. KANE, SENIOR JUDGE
                            UNITED STATES DISTRICT COURT