IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-3031-AP

Charles Cobb

        Plaintiff

vs

Carolyn Colvin, Acting Commissioner of Social Security

        Defendant

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by the Honorable John L. Kane, Judge, on 3/12/2014 it is hereby

ORDERED that This case is DISMISSED for lack of jurisdiction.

The parties are to bear their own costs and fees.

DATED at Denver, Colorado this 12th day of March, 2014.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By:   s/T.Lee
      Deputy Clerk